NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SHELL OIL COMPANY (C/O GULF COAST
DRAWBACK SERVICES, INC.),
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

2011-1531

Appeal from the United States Court of International Trade in case no. 08-CV-0109, Judge Delissa A. Ridgway.

## ON MOTION

## ORDER

Shell Oil Company moves to withdraw John J. Galvin as counsel and substitute Daniel P. Wendt as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Daniel P. Wendt should promptly file an entry of appearance as principal counsel.

For The Court

**OCT 2 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: John J. Galvin, Esq.
    Tara K. Hogan, Esq.
    Daniel P. Wendt, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 8 2011**

**JAN HORBALY**
**CLERK**